**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DUSTIN TRAVIS BEACH,
and
SHAWNA MARIE BEACH,**

     **Plaintiffs,**

**vs.**                                 **Case No. 4:26-cv-243-AW-MAF**

**JACK CAMPBELL,**

     **Defendant.**

_____/

## O R D E R

Plaintiffs, proceeding *pro se*, have filed a civil rights complaint against State Attorney Jack Campbell in his individual capacity. ECF No. 1. Plaintiffs have paid the filing fee. ECF No. 2. Plaintiffs are responsible for serving the complaint and summons on the named Defendant. Fed. R. Civ. P. 4(c)(1). In light of their *pro se* status, the remainder of this Order provides guidance to Plaintiffs as to the requirements of service of process.

To effect service of process, the Defendant must be served with a copy of the complaint and a summons that is issued by the Clerk of this Court. The service copy of Plaintiff's complaint must be <u>identical</u> to the complaint, ECF No. 1, as filed with this Court. Fed. R. Civ. P. 4(c)(1). Service usually must be accomplished within 90 days after the filing of the complaint. Fed. R. Civ. P. 4(c) & (m). However, that time is hereby extended to 90 days from today—

**August 24, 2026**—pursuant to Rule 4(m). The Clerk of Court is directed to provide Plaintiffs with a summons for the Defendant. Personal delivery may be made by anyone who is at least 18 years of age and is not a party to this action. Fed. R. Civ. P. 4(c). Plaintiffs are not permitted to serve the complaint on the Defendant. Process servers may be found through sources like the internet. Alternatively, Plaintiffs may request the Defendant waive formal service of process as explained next.

The Defendant may be served with process in accordance with Rule 4(e), as explained later, or Plaintiffs may request that the Defendant waive formal service of process pursuant to Rule 4(d). To request a waiver, Plaintiffs must send the Defendant a written notice of the commencement of the action through first-class mail (or other reliable means), a copy of the complaint filed with the Court (ECF No. 1), two copies of the waiver form (requesting that Defendant waive formal service of process), and a prepaid means for returning the form. Plaintiffs will be provided with sufficient copies of the notice and waiver forms by the Clerk of Court. If the Defendant fails to return the waiver form within 30 days, Plaintiff must formally serve the Defendant, but the Defendant may be liable for the costs of formal service.

Formal service of process on the Defendant, an individual, is explained in Rule 4(e) and requires either: "(A) delivering a copy of the summons and

of the complaint to the individual personally; (B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or (C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process."[1] Fed. R. Civ. P. 4(e)(2). Service may otherwise be carried out in compliance with the law of the state of Florida.  Fed. R. Civ. P. 4(e)(1).

If Plaintiffs are unable to effectuate service, they may file a motion requesting assistance no later than **July 10, 2026**. Plaintiffs must show due diligence and must explain why they are unable to carry out service by the methods described above. Because Plaintiffs have paid the filing fee, the Court's assistance with service is discretionary. Fed. R. Civ. P. 4(c)(3).

Accordingly, it is

**ORDERED**:

1.      The Clerk of Court shall issue a summons for the named Defendant and deliver the summons along with this Order to Plaintiffs, who shall be responsible for prompt service of the summons and complaint upon the Defendant. Service is to be accomplished within 90 days from today, no later than **August 24, 2026**.

---

[1] Because Defendant's home address is confidential under Florida law, personal service should be carried out at his place of employment, the same address as listed in Plaintiffs' complaint.

4:26-cv-243-AW-MAF

2.      Plaintiff shall immediately file the return of service upon receipt.

3.      The Clerk shall also forward to Plaintiffs a copy of AO Form 398 (Notice of a Lawsuit and Request to Waive Service of a Summons) for the Defendant and two copies of AO Form 399 (Waiver of the Service of Summons) for the Defendant, to be used if Plaintiff decides to request that the Defendant waive formal service of process pursuant to Rule 4(d). Plaintiffs must complete and date AO Form 398 and complete the top portion of AO Form 399 before mailing to the Defendant.

4.      After an answer or other response to the complaint has been filed by the Defendant, Plaintiffs shall be required to mail to the Defendant, or the attorney for the Defendant if so represented, a copy of every pleading, motion, or other paper submitted for consideration by the Court. Plaintiffs shall include with the original paper to be filed with the Clerk of Court a "certificate of service" which states when and how a correct copy of the paper was provided to the Defendant or to the attorney representing the Defendant. Any paper submitted for filing after a response to the complaint has been filed by the Defendant which does not contain a "certificate of service" will be disregarded by the Court.

5.      The parties shall **not** engage in any discovery prior to the entry of an Initial Scheduling Order by this Court.

4:26-cv-243-AW-MAF

6.      In accordance with 28 U.S.C. § 636(c)(2), the Clerk shall forward to the Plaintiffs a form for consenting to trial by the magistrate judge, with the case number written on it. If Plaintiffs wish to consent, they should sign the form and forward it to counsel for the Defendant, who shall return it to the Clerk only if the Defendant consents. The parties, of course, are entirely free to withhold such consent without any adverse consequences.

7.      Plaintiffs shall immediately file a notice to the Clerk's Office in the event of an address change. If mail from this Court cannot reach Plaintiffs, this case may be dismissed.

8.      If Plaintiffs are unable to effectuate service, they may file a motion requesting assistance no later than **July 10, 2026.**

9.      The Clerk of Court shall return this file upon the filing of a waiver of service, executed or unexecuted summons, Plaintiffs' filing of a motion for assistance with service, Defendant's answer or other response, or no later than **August 24, 2026**.

**DONE AND ORDERED** on May 26, 2026.

s/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE**

4:26-cv-243-AW-MAF