UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION

DUSTIN TRAVIS BEACH and

SHAWNA MARIE BEACH,

      Plaintiffs,

v.                                                          Case No. 4:26-cv-00243-AW-MAF

JACK CAMPBELL, in his individual

capacity as State Attorney for the

Second Judicial Circuit of Florida,

      Defendant.

_____/

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT BY CLERK**

**AGAINST DEFENDANT JACK CAMPBELL**

**PURSUANT TO FED. R. CIV. P. 55(a)**

FILED USDC FLND TL
JUN 26 '26 PM4:20

1

Plaintiffs Dustin Travis Beach and Shawna Marie Beach, proceeding pro se, respectfully move the Clerk of this Court, pursuant to Federal Rule of Civil Procedure 55(a), to enter a default against Defendant Jack Campbell, and in support state as follows:

1.    Plaintiffs filed their Complaint against Defendant Jack Campbell, in his individual capacity as State Attorney for the Second Judicial Circuit of Florida, on May 21, 2026. (ECF No. 1).

2.    On May 26, 2026, the Court entered an Order to Proceed directing the Clerk to issue a summons and providing guidance to Plaintiffs regarding service of process. (ECF No. 4). Because Defendant's home address is confidential under Florida law, the Order specifically directed that personal service be carried out at Defendant's place of employment.

3.    Defendant Jack Campbell, also known as John Emmett Campbell, was served with a copy of the summons and Complaint on June 2, 2026, at 9:20 a.m., by delivery to Cyndal Crum, identified as "Legal" staff authorized to accept delivery on Defendant's behalf, at Defendant's place of employment, 301 S. Monroe Street, Tallahassee, Florida 32301. The executed Return of Service was filed with this Court on June 15, 2026. (ECF No. 7).

4.   Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's answer or other response to the Complaint was due twenty-one (21) days after service, that is, no later than June 23, 2026.

5.   As of the filing of this motion, Defendant has not filed an answer or other responsive pleading, has not moved for an extension of time to do so, and has not otherwise appeared in this action. The docket reflects no filing by Defendant of any kind.

6.   Defendant's time to plead or otherwise defend has expired, and Defendant has failed to plead or otherwise defend within the time allowed. Plaintiffs are not aware of any information indicating that Defendant is an infant, an incompetent person, or in military service such that entry of default would be improper.

7.   Federal Rule of Civil Procedure 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." That standard is satisfied here, as shown by the record in this case and the accompanying declaration.

WHEREFORE, Plaintiffs respectfully request that the Clerk enter a default against Defendant Jack Campbell pursuant to Federal Rule of Civil Procedure 55(a).

# DECLARATION IN SUPPORT

Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury that the foregoing factual statements are true and correct to the best of our knowledge, information, and belief.

Signature: *Dustin Beach*

Date: *June 26, 2026*

Printed Name: Dustin Travis Beach, Plaintiff, pro se

Address: 20053 Gulf Haven Dr.

Perry, FL 32348

E-Mail Address: DustinTBeach@gmail.com

Telephone Number: 850-843-5497

Signature: *Shawna Beach*

Date: *June 26, 2026*

Printed Name: Shawna Marie Beach, Plaintiff, pro se

Address: 20053 Gulf Haven Dr.

Perry, FL 32348

E-Mail Address: ShawnaBeach@gmail.com

Telephone Number: 850-843-5284