**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DUSTIN TRAVIS BEACH,
and
SHAWNA MARIE BEACH,**

       Plaintiffs,

v.                                                                    Case No.  **4:26-cv-243-AW-MAF**

**JACK CAMPBELL,**

       Defendant.
_____/

**CLERK'S ENTRY OF DEFAULT**

Upon application of the plaintiff pursuant to Fed. R. Civ. P. 55(a) and having examined the record and there appearing to be no responsive pleadings filed, default is hereby entered against Defendant **JACK CAMPBELL** on June 30, 2026.

                      JESSICA J. LYUBLANOVITS,
                      CLERK OF COURT

June 30, 2026                                s/Bryston Ford_____
DATE                                           Deputy Clerk