**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**DUSTIN TRAVIS BEACH**
**and SHAWNA MARIE BEACH**

      **Plaintiffs,**

**vs.**                                                   **CASE NO.: 4:26-cv-243-AW-MAP**

**JACK CAMPBELL,**
**In his individual capacity as**
**State Attorney for the Second**
**Judicial Circuit of Florida,**

      **Defendant.**
_____/

## NOTICE OF APPEARANCE

Christopher Hunt hereby gives notice of his appearance as counsel for Defendant Jack Campbell, State Attorney for the Second Judicial Circuit of Florida. Counsel requests that he be served with all future pleadings and correspondence in this cause at the address listed below.

                               Respectfully submitted,

                               **JAMES UTHMEIER**
                               **ATTORNEY GENERAL**

                               *Christopher Hunt*
                               _____
                               CHRISTOPHER HUNT
                               Senior Assistant Attorney General
                               Florida Bar No.: 0832601
                               Office of the Attorney General

The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Christopher.Hunt@myfloridalegal.com
Laura.Jenssen@myfloridalegal.com
Michael.Norford@myfloridalegal.com
CivilLitigationNorth.eservice@myflorida
legal.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2026, a copy of the foregoing been electronically filed through the CM/ECF system which electronically served all Counsel of Record on July 1, 2026, and has been furnished by U.S. mail to: plaintiffs Shawna Marie Beach and Dustin Travis Beach, at 20053 Gulf Haven Drive Perry, FL 32348.

*Christopher Hunt*
_____
Christopher Hunt, Esq.
Office of the Attorney General

2